Full opinion will be published later. Watch **Omnibus Index.**

### JAMES v KETTERER et

Ohio Supreme Court

No 23403.  Decided March 30, 1932

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**